### BURSH v. JACKSON et al.

(Supreme Court, Appellate Term.　November 14, 1906.)

MASTER AND SERVANT—INJURY TO THIRD PERSONS—ACTIONS—INSTRUCTION.
In an action for negligent injury, an instruction "that, inasmuch as the driver of the truck was in the employ of defendants, they were accountable for his negligence," was erroneous.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 34, Master and Servant, §§ 1217, 1277.]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Cora Bell Bursh against Jacob W. Jackson and another. From a judgment for plaintiff, defendants appeal. Reversed, and new trial granted.

Argued before GILDERSLEEVE, DUGRO, and DOWLING, JJ.

Frank Verner Johnson, for appellants.
D. E. & J. F. Lynch, for respondent.

PER CURIAM. The charge of the learned trial justice, "that, inasmuch as the driver of the truck was in the employ of the defendants, they were accountable for his negligence," presents error for which there must and will be a reversal, and a new trial, under the authority of Howard v. Ludwig, 57 App. Div. 94, 67 N. Y. Supp. 1095, on appeal 171 N. Y. 507, 64 N. E. 172; costs to appellant to abide the event.